In the Matter of HISHAM KHALEEL, Appellant, v LIDGETTE VANREIL et al., Respondents.

Submitted June 5, 2017; decided September 7, 2017

On the Court's own motion, appeal dismissed, without costs, and motion for leave to appeal dismissed, without costs, each

upon the ground that no appeal lies to this Court from the decision of the individual Justice of the Appellate Division. Motion for poor person relief dismissed as academic.